UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES, INC.,<br><br>    *Plaintiff,*<br>v.<br><br>J CAPITAL RESEARCH USA, LLC,<br><br>    *Defendant.* | CIVIL ACTION<br><br>ECF CASE<br><br>Case No.: 1:20-cv-02875 (LDH)(PK)<br><br>**[PROPOSED]**<br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Jonathan B. Rubenstein for *Pro Hac Vice* admission in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Texas; and that his contact information is as follows:

  Applicant's Name: Jonathan B. Rubenstein
  Firm Name: Baker Botts L.L.P.
  Address: 2001 Ross Avenue, Suite 900
  City/State/Zip: Dallas, Texas 75201
  Phone Number: (214) 953-6500
  Fax Number: (214) 953-6503
  E-mail: jonathan.rubenstein@bakerbotts.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff NOVAGOLD Resources Inc.'s ("Plaintiff") in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                                            The Honorable LaShann DeArcy Hall
                                                                            United States District Judge