UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES, INC., <br><br> *Plaintiff,* <br> v. <br><br> J CAPITAL RESEARCH USA, LLC, <br><br> *Defendant.* | CIVIL ACTION <br><br> ECF CASE <br><br> Case No.: 1:20-cv-02875 (LDH)(PK) <br><br> **MOTION FOR** <br> ***PRO HAC VICE* ADMISSION** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Jordan Kazlow hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff NOVAGOLD Resources Inc. ("NOVAGOLD" or "Plaintiff") in the above-captioned action.

I am a member in good standing of the Bar of the State of Texas, there are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, and I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached hereto the required affirmation pursuant to Local Rule 1.3, I have requested *Pro Hac Vice* electronic filing privileges through the PACER website, and I have paid all required fees.

Dated: July 1, 2020  Respectfully submitted,

                                              BAKER BOTTS L.L.P.

                                  By: */s/ Jordan Kazlow*
                                          Jordan Kazlow
                                          2001 Ross Avenue, Suite 900
                                          Dallas, Texas 75201
                                          Tel.:   (214) 953-6500
                                          Fax:   (214) 953-6503
                                          jordan.kazlow@bakerbotts.com

                                          *Counsel for Plaintiff NOVAGOLD Resources Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of July 2020, true and correct copies of the MOTION FOR *PRO HAC VICE* ADMISSION, AFFIIRMATION OF JORDAN KAZLOW, and [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION were filed with the Clerk of the Court, Eastern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                     /s/ *Jordan Kazlow*
                                     Jordan Kazlow

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> J CAPITAL RESEARCH USA, LLC, <br><br> *Defendant.* | CIVIL ACTION <br><br> ECF CASE <br><br> Case No.: 1:20-cv-02875 (LDH)(PK) |

**AFFIRMATION OF JORDAN KAZLOW IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

JORDAN KAZLOW, being sworn, hereby deposes and affirms as follows:

1. I am an associate at the law firm of Baker Botts L.L.P., located in Dallas, Texas.

2. I submit this affirmation in support of Plaintiff NOVAGOLD Resources Inc.'s ("Plaintiff") Motion for *Pro Hac Vice* Admission in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. I respectfully request to be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff.

Dated: July 1, 2020                                          /s/ *Jordan Kazlow*
                                                                            Jordan Kazlow

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jordan Alexandra  Kazlow**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2016.

I further certify that the records of this office show that, as of this date

**Jordan Alexandra  Kazlow**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 24th day of June, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6824C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.