UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

NOVAGOLD RESOURCES, INC.,

                    *Plaintiff,*

v.

J CAPITAL RESEARCH USA, LLC,

                    *Defendant.*

CIVIL ACTION

ECF CASE

Case No.: 1:20-cv-02875 (LDH)(PK)

**ORDER FOR ADMISSION
*PRO HAC VICE***

The motion of Jordan Kazlow for *Pro Hac Vice* admission in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Texas; and that his contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Jordan Kazlow |
| Firm Name: | Baker Botts L.L.P. |
| Address: | 2001 Ross Avenue, Suite 900 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | (214) 953-6500 |
| Fax Number: | (214) 953-6503 |
| E-mail: | jordan.kazlow@bakerbotts.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff NOVAGOLD Resources Inc.'s ("Plaintiff") in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    July 1, 2020

*Peggy Kuo*
_____
The Honorable Peggy Kuo
United States Magistrate Judge