UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES, INC.,<br><br>        *Plaintiff,*<br>v.<br><br>J CAPITAL RESEARCH USA, LLC,<br><br>        *Defendant.* | CIVIL ACTION<br><br>ECF CASE<br><br>Case No.: 1:20-cv-02875 (LDH)(PK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Jonathan B. Rubenstein, a partner at the law firm of Baker Botts L.L.P, being admitted to practice *pro hac vice* in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Plaintiff NOVAGOLD Resources Inc. and request that I be served with all future filings.

Dated: July 2, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BAKER BOTTS L.L.P.

　　　　　　　　　　　　　　　　　　　　By: */s/ Jonathan B. Rubenstein*
　　　　　　　　　　　　　　　　　　　　　　　Jonathan B. Rubenstein
　　　　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　　Tel.:　(214) 953-6500
　　　　　　　　　　　　　　　　　　　　　　　Fax:　(214) 953-6503
　　　　　　　　　　　　　　　　　　　　　　　jonathan.rubenstein@bakerbotts.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff NOVAGOLD Resources Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July 2020, true and correct copies of the NOTICE OF APPEARANCE was filed with the Clerk of the Court, Eastern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jonathan B. Rubenstein*
Jonathan B. Rubenstein