UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES, INC., <br><br> *Plaintiff,* <br> v. <br><br> J CAPITAL RESEARCH USA, LLC, <br><br> *Defendant.* | CIVIL ACTION <br><br> ECF CASE <br><br> Case No.: 1:20-cv-02875 (LDH)(PK) <br><br> **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that I, Jordan Kazlow, an associate at the law firm of Baker Botts L.L.P, being admitted to practice *pro hac vice* in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Plaintiff NOVAGOLD Resources Inc. and request that I be served with all future filings.

Dated: July 2, 2020                    Respectfully submitted,

                                          BAKER BOTTS L.L.P.

                                      By: */s/ Jordan Kazlow*
                                            Jordan Kazlow
                                            2001 Ross Avenue, Suite 900
                                            Dallas, Texas 75201
                                            Tel.:  (214) 953-6500
                                            Fax:  (214) 953-6503
                                            jordan.kazlow@bakerbotts.com

                                        *Counsel for Plaintiff NOVAGOLD Resources Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July 2020, true and correct copies of the NOTICE OF APPEARANCE was filed with the Clerk of the Court, Eastern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jordan Kazlow*
Jordan Kazlow