**DLS — DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
NOVAGOLD RESOURCES, INC.,

                Plaintiff(s),

-against-

J CAPITAL RESEARCH USA, LLC,

                Defendant(s),
------------------------------------X

20-CV-2875
AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            S.S.:
COUNTY OF NEW YORK  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 6TH day of July, 2020, at approximately the time of 3:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUMMONS IN A CIVIL ACTION AND COMPLAINT AND USER MANUAL AND INITIAL CONFERENCE ORDER upon J CAPITAL RESEARCH USA, LLC, in this action, by delivering to and leaving with SUE ZOUKY an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        SUE ZOUKY is a white female, approximately 60 years of age, stands approximately 5 feet 0 inches tall, weighs approximately 100 pounds with brown hair.

DEBORAH LaPOINTE

This notarization was made pursuant to Executive Order 202.7.

Sworn to before me this 8TH day of July, 2020

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com

State of New York - Department of State
Receipt for Service

Receipt #: 202007220474                          Cash #: 202007220469
Date of Service: 07/06/2020                      Fee Paid: $40 - DRAWDOWN
Service Company: 10 D.L.S. INC.

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED
LIABILITY COMPANY LAW

Party Served: J CAPITAL RESEARCH USA LLC

Plaintiff/Petitioner:
　　　　NOVAGOLD RESOURCES, INC.

Service of Process Address:
J CAPITAL RESEARCH USA LLC
223 BEDFORD AVE #1074
BROOKLYN, NY 11211

Secretary of State
By SUE ZOUKY