UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

NOVAGOLD RESOURCES, INC.

       Plaintiff,                            Index No. 1:20-cv-02875-LDH-PK

   - against -

J CAPITAL RESEARCH USA, LLC,         **NOTICE OF APPEARANCE**

       Defendant.
---------------------------------------------------------X

PLEASE TAKE NOTICE, that the below named attorney appears for Defendant J Capital Research USA, LLC ("Defendant"), and hereby requests that a copy of all pleadings, notices and other papers in this proceeding be served upon counsel. In so appearing, Defendant reserves, and does not waive, any and all defenses and objections.

Dated: New York, New York          MILLER KORZENIK SOMMERS RAYMAN LLP
       July 27, 2020

                                              By:   /s/ Zachary M. Press
                                              Zachary M. Press
                                              1501 Broadway, Suite 2015
                                              New York, New York 10036
                                              Phone: (212) 752-9200
                                              zpress@mkslex.com
                                              *Attorneys for Defendant J Capital Research USA, LLC*