UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NOVAGOLD RESOURCES, INC.

       Plaintiff,                        Index No. 1:20-cv-02875-LDH-PK

  - against -

J CAPITAL RESEARCH USA, LLC,        **NOTICE OF APPEARANCE**

       Defendant.
-------------------------------------------------------X

     PLEASE TAKE NOTICE, that the below named attorney appears for Defendant J Capital Research USA, LLC ("Defendant"), and hereby requests that a copy of all pleadings, notices and other papers in this proceeding be served upon counsel. In so appearing, Defendant reserves, and does not waive, any and all defenses and objections.

Dated: Brooklyn, New York
       July 28, 2020

MILLER KORZENIK SOMMERS RAYMAN LLP

By:   /s/ Terence P. Keegan
Terence P. Keegan
1501 Broadway, Suite 2015
New York, New York 10036
Phone: (212) 752-9200
tkeegan@mkslex.com
*Attorneys for Defendant J Capital Research USA, LLC*