UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

NOVAGOLD RESOURCES, INC.

       Plaintiff,                            Index No. 1:20-cv-02875-LDH-PK

  - against -

J CAPITAL RESEARCH USA, LLC,           **NOTICE OF APPEARANCE**

       Defendant.
--------------------------------------------------------X

      PLEASE TAKE NOTICE, that the below named attorney appears for Defendant J Capital Research USA, LLC ("Defendant"), and hereby requests that a copy of all pleadings, notices and other papers in this proceeding be served upon counsel. In so appearing, Defendant reserves, and does not waive, any and all defenses and objections.

Dated: New York, New York           MILLER KORZENIK SOMMERS RAYMAN LLP
       September 2, 2020

                                            By:   /s/ David S. Korzenik
                                            David S. Korzenik
                                            1501 Broadway, Suite 2015
                                            New York, New York 10036
                                            Phone: (212) 752-9200
                                            dkorzenik@mkslex.com
                                            *Attorneys for Defendant J Capital Research USA, LLC*