**BAKER BOTTS** L.L.P.

2001 ROSS AVENUE
SUITE 900
DALLAS, TEXAS
75201-2980

TEL  +1 214.953.6500
FAX  +1 214.953.6503
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
**DALLAS**
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

Jonathan Rubenstein
TEL: 2149536594
FAX: 2146614594
jonathan.rubenstein@bakerbotts.com

November 9, 2020

Hon. Peggy Kuo
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *NOVAGOLD Resources Inc. v. J Capital Research USA LLC*, No. 20-cv-02875-LDH-PK; Joint Proposed Discovery Plan/Scheduling Order

Dear Magistrate Judge Kuo:

    We write this short letter simply to clarify that the Proposed Discovery Plan/Scheduling Order (Dkt. 28), filed earlier this evening pursuant to Your Honor's October 19, 2020 order, is a ***joint*** Proposed Discovery Plan/Scheduling Order, submitted by both NOVAGOLD and J Capital Research.

                           Respectfully,

                           /s/ *Jonathan Rubenstein*
                         Jonathan Rubenstein