Case Name: NOVAGOLD Resources Inc., v. J Capital Research USA LLC    Case Number: 1:20 CV - 02875 ( LDH ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 9/16/2020 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 11/23/2020 (1 week after Amended Complaint) |
| 3. Requested: | | | |
|     a. Medical records authorization | | ✔ | |
|     b. Section 160.50 releases for arrest records | | ✔ | |
|     c. Identification of John Doe/Jane Doe defendants | | ✔ | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5. Confidentiality Order to be submitted for court approval (see Proposed Confidentiality Order on the Chambers website) | | | 11/17/2020 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | TBD |
| 2. Defendant to make settlement offer | | | TBD |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4. Settlement Conference (proposed date) | | | TBD |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 3/9/2021 |
| 2. Initial documents requests and interrogatories | | | 12/22/2020 (3 weeks after Am. Complaint response) |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 6/18/2021 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 7/9/2021 |
| 5. Expert discovery (only if needed) | | *Check here if not applicable* ☐ | |

Rev. 4-20-20

| | | | |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | Damages, Reputational Harm, Industry Expert | | |
| Defendant expert proposed field(s) of expertise: | Engineers to discuss feasibility and quality of Plaintiff's plans; Industry expectation and understanding of analyst reports | | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a.  Affirmative expert reports due | | | 6/25/2021 |
| b.  Rebuttal expert reports due | | | 7/16/2021 |
| c.  Depositions of experts to be completed | | | 7/30/2021 |
| 6.  Completion of ALL DISCOVERY (if different from C.3) | | | 8/27/2021 |
| 7.  Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 9/24/2021 |
| 8.  If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 10/26/2021 |
| 9.  Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 11/19/2021 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1.  All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☑ No |
| 2.  All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☑ No |

## E.  COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1.  Motion for collective action certification in FLSA cases | | | |
| a.  Response due | | | |
| b.  Reply due | | | |
| 2.  Motion for Rule 23 class certification | | | |
| a.  Response due | | | |
| b.  Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                                             November 10, 2020
_____                                         _____
**PEGGY KUO**                                                               **Date**
United States Magistrate Judge

Rev. 4-20-20