# BAKER BOTTS LLP

2001 ROSS AVENUE
SUITE 900
DALLAS, TEXAS
75201-2980

TEL  +1 214.953.6500
FAX  +1 214.953.6503
BakerBotts.com

AUSTIN          LONDON
BEIJING         MOSCOW
BRUSSELS        NEW YORK
**DALLAS**      PALO ALTO
DUBAI           RIYADH
HONG KONG       SAN FRANCISCO
HOUSTON         WASHINGTON

Jonathan Rubenstein
TEL: 2149536594
FAX: 2146614594
jonathan.rubenstein@bakerbotts.com

November 13, 2020

**<u>VIA ECF</u>**

The Honorable Peggy Kuo
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *NOVAGOLD Resources Inc. v. J Capital Research USA LLC*, No. 20-cv-
    02875-LDH-PK; Proposed Confidentiality Order

Dear Magistrate Judge Kuo:

  Enclosed for your Honor's consideration, please find a proposed Confidentiality Order, submitted jointly by NOVAGOLD and J Capital Research.

    Respectfully submitted,

    */s/ Jonathan Rubenstein*
    Jonathan Rubenstein