# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

November 16, 2020

*Via ECF*
Hon. LaShann DeArcy Hall, U.S.D.J.
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ***Novagold Resources Inc. v. J Capital Research USA LLC*, No. 20-cv-02875-LDH-PK**
***First Request on Consent for Extension of Time To Respond to Amended Complaint***

Dear Judge DeArcy Hall:

We represent Defendant J Capital Research USA LLC ("J Capital").  We write with consent of Plaintiff's counsel to request an extension of time to answer, move, or otherwise respond to Plaintiff's Amended Complaint – which we expect to receive later today – from November 30, 2020 up to and including **December 9, 2020**.

We seek this brief extension because the upcoming Thanksgiving holiday, and family obligations that week, will occupy much of our current response time.  We also anticipate we will be unable to confer with our client on the Amended Complaint response during the holiday week.

Plaintiff's counsel consents to this request, which is J Capital's first for the Amended Complaint and which will affect no other scheduled dates.

Respectfully,

/s/David S. Korzenik

David S. Korzenik
212-752-9200
dkorzenik@mkslex.com

cc: Counsel of Record by ECF