UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NOVAGOLD RESOURCES, INC.                    **Oral Argument Requested**

      Plaintiff,                                       Index No. 1:20-cv-02875-LDH-PK

  - against -

J CAPITAL RESEARCH USA, LLC,

      Defendant.
-------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of David S. Korzenik and exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings, Defendant J Capital Research USA, LLC, by its attorneys, will move this Court, as soon as counsel can be heard, for an Order (i) dismissing Plaintiff's First Amended Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6); and (ii) awarding such other and further relief as the Court deems just and proper. Pursuant to the Court's Order dated December 29, 2020, Plaintiff shall serve its response by February 3, 2021, and Defendant's reply, if any, shall be served by February 10, 2021.

| | |
|---|---|
| Dated: New York, New York<br>       January 15, 2021 | MILLER KORZENIK SOMMERS RAYMAN LLP<br><br>By: /s/ David S. Korzenik<br>David S. Korzenik<br>dkorzenik@mkslex.com<br>Terence P. Keegan<br>tkeegan@mkslex.com<br>1501 Broadway, Suite 2015<br>New York, New York 10036<br>Phone: (212) 752-9200<br>*Attorneys for Defendant J Capital Research USA, LLC* |