UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
NOVAGOLD RESOURCES, INC.

                Plaintiff,                          Index No. 1:20-cv-02875-LDH-PK

        - against -                     **DECLARATION OF DAVID S. KORZENIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

J CAPITAL RESEARCH USA, LLC,

                Defendant.

--------------------------------------------------------X

**DAVID S. KORZENIK** hereby declares pursuant to 28 U.S.C. § 1746:

1.  I am a partner in the law firm Miller Korzenik Sommers Rayman LLP, attorneys for

    Defendant **J Capital Research USA, LLC ("JCap")**.  I make this Declaration in support

    of JCap's Motion to Dismiss Plaintiff Novagold's ("NG") First Amended Complaint.

    *See* ECF No. 34 ("FAC").  I am attaching to this Declaration true and correct copies of

    each of the following documents as a courtesy to the Court for ease of reference:

    a.  The JCap Report at issue, "*Pipe Dream: The deposit that will never be mined*"

        dated May 28, 2020 (*see* FAC, passim) (attached as **"Exhibit A"**);

    b.  The 40-page NG Fact Matrix issued in response to JCap's Report (*see* FAC ¶¶41-

        45; 49) (attached as **"Exhibit B"**);

    c.  The statement of NG Chairman Thomas Kaplan issued in response to JCap's

        Report (*see id.*) (attached as **"Exhibit C"**);

    d.  Krysti Shallenberger, Alaska Public Media, *One short-selling financial firm says

        the Donlin Gold mine is too expensive to be built* (June 17, 2020), *available at*

        https://www.alaskapublic.org/2020/06/17/one-short-selling-financial-firm-says-

        the-donlin-gold-mine-is-too-expensive-to-build/ (attached as **"Exhibit D"**); and

   e.   Theron Mohamed, Business Insider, *Warren Buffett's silver purchase helped make Thomas Kaplan a billionaire. His gold bet is an even bigger boon: 'I owe him two!'* (Aug. 23, 2020), *available at* https://markets.businessinsider.com/news/stocks/warren-buffett-barrick-gold-bet-helps-billionaire-thomas-kaplan-novagold-2020-8-1029525662 (attached as **"Exhibit E"**).

2.   **Exhibits A, B and C** are material documents relied on by NG and referenced throughout the FAC. **Exhibits D and E** are published news articles in which NG executives have publicly addressed JCap's Report and/or promoted NG's gold mining plans as stated in the FAC. *See, e.g.*, FAC ¶¶41-45, 49.

I affirm the truth of the statements herein under penalty of perjury.

             /s/David S. Korzenik_____

             David S. Korzenik

Dated: January 15, 2021
       New York, NY