UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

NOVAGOLD RESOURCES, INC.

       Plaintiff,

- against -

J CAPITAL RESEARCH USA, LLC,

       Defendant.

---------------------------------------------------------X

Index No. 1:20-cv-02875-LDH-PK

**[PROPOSED] ORDER**

It is ORDERED that the parties shall appear telephonically before the Court for oral argument on Defendant J Capital Research USA LLC's Motion to Dismiss the First Amended Complaint at \_\_\_\_\_ am/pm on _____.

Dated: _____

_____
LaShann DeArcy Hall
UNITED STATES DISTRICT JUDGE