# BAKER BOTTS L.L.P.

2001 ROSS AVENUE
SUITE 900
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
**DALLAS**
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

March 12, 2021

Jonathan Rubenstein
TEL: 2149536594
FAX: 2146614594
jonathan.rubenstein@bakerbotts.com

Hon. Peggy Kuo
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *NOVAGOLD Resources Inc. v. J Capital Research USA LLC*, No. 20-cv-02875-LDH-PK; Joint Status Report

Dear Magistrate Judge Kuo:

      The parties write jointly to provide a status report on the progress of discovery pursuant to Your Honor's November 10, 2020 Order. Since the Court's entry of a discovery plan, the parties have worked together to move discovery forward. The parties have exchanged Rule 26 initial disclosures and respective first sets of requests for production and interrogatories. The parties have answered interrogatories and responded to the other sides' requests for production. The parties have met and conferred once in an effort to narrow existing discovery disputes, and the parties are committed to continuing that process. NOVAGOLD also has made an initial production of documents and intends to continue production on a rolling basis as the parties work to resolve outstanding disputes. J Capital Research does have a concern about the timing and scope of discovery and the impact that a ruling on the pending substantive motion may have on discovery and costs. To the extent that the parties are unable to resolve their remaining issues, the parties will aim to submit a joint discovery letter to Your Honor pursuant to Individual Practice Rule VI(A)(1) by the end of this month.

      Respectfully,

      /s/ *Jonathan Rubenstein*
      Jonathan Rubenstein
      *Counsel for Plaintiff NOVAGOLD Resources, Inc.*

      /s/ *David Korzenik*
      David Korzenik
      *Counsel for Defendant, J Capital Research USA, LLC*