Case Name: NOVAGOLD Resources Inc. v. J Capital Research USA LLC    Case Number: 1:20 CV - 028875 ( LDH ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 9/16/2020 |
| 2. Rule 26(a)(1) disclosures exchanged | X | | 11/23/2020 |
| 3. Requested: | | | |
|     a. Medical records authorization | | X | |
|     b. Section 160.50 releases for arrest records | | X | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | X | | 11/17/2020 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | TBD |
| 2. Defendant to make settlement offer | | | TBD |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | |
| 4. Settlement Conference (proposed date) | | | TBD |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 8/9/2021 |
| 2. Initial documents requests and interrogatories | | | 12/22/2020 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 10/8/2021 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 10/11/2021 |

Rev. 11-03-20

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. Expert discovery (only if needed) *Check here if not applicable* ☐ | | | | |
| Plaintiff expert proposed field(s) of expertise: | Damages, Reputational Harm, Industry Expert | | | |
| Defendant expert proposed field(s) of expertise: | Engineers to discuss feasibility and quality of Plaintiff's plans; Industry expectation and understanding of analyst reports | | | |
| a. Affirmative expert reports due | | | | 9/27/2021 |
| b. Rebuttal expert reports due | | | | 10/18/2021 |
| c. Depositions of experts to be completed | | | | 11/1/2021 |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | | 12/17/2021 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | 1/28/2022 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | | |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | | |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

### E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*
_____         May 6, 2021
**PEGGY KUO**                        _____
United States Magistrate Judge       **Date**

Rev. 11-03-20