MILLER KORZENIK SOMMERS RAYMAN LLP
THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

June 30, 2021

Hon. Peggy Kuo, U.S.M.J.
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Novagold Resources Inc. v. J Capital Research USA LLC,* **No. 20-cv-02875-LDH-PK Request for Oral Argument on Defendant's Opposition to Plaintiff's Motion To Compel and on Defendant's Cross-Motion for a Protective Order**

Dear Judge Kuo:

  On behalf of Defendant J Capital Research USA LLC, we write to request that the Court order oral argument on Defendant's Opposition to Plaintiff's Motion To Compel (Dkt. 56) and on Defendant's Cross-Motion for a Protective Order (Dkt. 60) pursuant to Your Honor's Individual Practice Rule VI(D) as soon as counsel can be heard.

           Respectfully,

           /s/David S. Korzenik
           David S. Korzenik