UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES INC., <br><br> Plaintiff, <br><br> v. <br><br> J CAPITAL RESEARCH USA LLC, <br><br> Defendant. | CIVIL ACTION NO.:  1:20-cv-02875 (LDH)(PK) <br><br> ECF Case |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF JONATHAN RUBENSTEIN AND REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE THAT** the appearance of Jonathan Rubenstein, having resigned from the law firm of Baker Botts L.L.P., is hereby withdrawn as counsel of record for Plaintiff NOVAGOLD Resources Inc. ("NOVAGOLD").  NOVAGOLD will continue to be represented in this case by Baker Botts L.L.P. attorneys Seth T. Taube and Jordan A. Kazlow.

**PLEASE TAKE FURTHER NOTICE**, as required by Local Civil Rule 1.4, Mr. Rubenstein will not be asserting a retaining or charging lien against NOVAGOLD.

Dated: July 8, 2021

**BAKER BOTTS L.L.P.**

*/s/ Seth T. Taube*
Seth T. Taube
30 Rockefeller Plaza
New York, New York 10112
Tel: 212.408.2500
Fax: 212.408.2501
*seth.taube@bakerbotts.com*

Jordan Kazlow (*adm. pro hac vice*)
2001 Ross Avenue
Dallas, Texas 75021

1

Tel.: (214) 953-6500  
Fax: (214) 953-6503  
*jordan.kazlow@bakerbotts.com*

**Attorneys for Plaintiff,**
**NOVAGOLD Resources Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2021, a copy of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE OF JONATHAN RUBENSTEIN AND REQUEST FOR REMOVAL FROM ECF SERVICE** was filed with the Clerk of the Court, Eastern District of New York, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).
.

> */s/ Seth T. Taube*
> *Seth T. Taube*