UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES, INC., <br><br> *Plaintiff,* <br> v. <br><br> J CAPITAL RESEARCH USA, LLC, <br><br> *Defendant.* | CIVIL ACTION <br><br> ECF CASE <br><br> Case No.: 1:20-cv-02875 (LDH)(PK) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, David M. Genender, a partner at the law firm of Baker Botts L.L.P, being admitted to practice *pro hac vice* in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Plaintiff NOVAGOLD Resources Inc. and request that I be served with all future filings.

Dated: July 12, 2021

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ David M. Genender*
David M. Genender (admitted *pro hac vice*)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Tel.: (214) 953-6500
Fax: (214) 953-6503
david.genender@bakerbotts.com

*Counsel for Plaintiff NOVAGOLD Resources Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2021, true and correct copies of the NOTICE OF APPEARANCE was filed with the Clerk of the Court, Eastern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *David M. Genender*
David M. Genender