UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES INC., <br><br> Plaintiff, <br><br> v. <br><br> J CAPITAL RESEARCH USA LLC, <br><br> Defendant. | CASE NO.: 1:20-cv-02875 (LDH)(PK) <br><br> ECF Case |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF KORDAN A. KAZLOW AND REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE THAT** the appearance of Jordan A. Kazlow, having resigned from the law firm of Baker Botts L.L.P., is hereby withdrawn as counsel of record for Plaintiff NOVAGOLD Resources Inc. ("NOVAGOLD"). NOVAGOLD will continue to be represented in this case by Baker Botts L.L.P. attorneys Seth T. Taube, Brendan F. Quigley, and Eric DuPont.

**PLEASE TAKE FURTHER NOTICE**, as required by Local Civil Rule 1.4, Ms. Kazlow will not be asserting a retaining or charging lien against NOVAGOLD.

Dated: December 7, 2022

**BAKER BOTTS L.L.P.**

*/s/ Seth T. Taube*
Seth T. Taube
Brendan F. Quigley
Eric DuPont
30 Rockefeller Plaza
New York, New York 10112
Tel: 212.408.2500

*Attorneys for Plaintiff,*
*NOVAGOLD Resources Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December 2022, a copy of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE OF JORDAN A. KAZLOW AND REQUEST FOR REMOVAL FROM ECF SERVICE** was filed with the Clerk of the Court, Eastern District of New York, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).
.

                                                */s/ Seth T. Taube*
                                                *Seth T. Taube*