# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| NOVAGOLD Resources Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-02875-LDH-PK |
| J Capital Research USA LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anonymous Third Party.

Date: 06/21/2024

/s/ Robert D. Balin
*Attorney's signature*

Robert D. Balin; RDB5847
*Printed name and bar number*
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
*Address*

robertbalin@dwt.com
*E-mail address*

212-489-8230
*Telephone number*

212-489-8340
*FAX number*