UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NOVAGOLD RESOURCES, INC., | x<br>:<br>:    20-CV-2875 (LDH) (PK)<br>: |
| Plaintiff, | : |
| - against - | :    **ORAL ARGUMENT REQUESTED**<br>: |
| J CAPITAL RESEARCH USA LLC, | :<br>: |
| Defendant. | :<br>x |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the accompanying declarations of Doe 2 and Adam I. Rich, and the exhibits annexed thereto, and all other pleadings and proceedings, nonparty Doe 1 (the "Interested Party"), by and through its undersigned counsel, will move this Court before the Honorable LaShann DeArcy Hall, on a date and time to be set by the Court, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East Brooklyn, New York 11201 Courtroom 4H North, for an order: (i) granting the Interested Party's motion to intervene as of right pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, by permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B), for the limited purpose of seeking a protective order to secure its First Amendment right of association by barring disclosure of its identity in this case; (ii) entering said protective order pursuant to the First Amendment and Fed. R. Civ. P. 26(c); and (iii) permitting the Interested Party to litigate this motion anonymously.

Dated: New York, New York
      May 27, 2024

                              Respectfully submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By: */s/ Robert D. Balin*
                                  Robert D. Balin

                              Robert D. Balin
                              Adam I. Rich
                              1251 Avenue of the Americas, 21st Floor
                              New York, NY  10020-1104
                              (212) 489-8230 Phone
                              (212) 489-8340 Fax

                              *Attorneys for Doe 1 (the "Interested Party")*