## Amendment to the Confidentiality Order of November 16, 2020 / Dkt. 32

      The Confidentiality Order [Dkt. 32] at (a) is amended to add a third level of Confidentiality: Attorneys Eyes Only, which are particularly confidential or proprietary Sensitive Commercial Data that the producing party so designates where disclosure to parties (beyond their attorneys) would compromise or disrupt the producing party's commercial or proprietary interests.

So Ordered:

*Peggy Kuo*
Peggy Kuo, USMJ

December 12, 2024