UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NOVAGOLD RESOURCES, INC.,

                Plaintiff,

- against -

J CAPITAL RESEARCH USA LLC,

                Defendant.

------------------------------------------------------------x

20-CV-2875 (LDH) (PK)

**NOTICE OF APPEAL**

Notice is hereby given that the Doe Intervenor (the "Intervenor") appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order Adopting Report & Recommendation (the "Order") entered in this action on March 31, 2025, Dkt. 204, which denied the Intervenor's motion for a protective order shielding its identity from disclosure in this action pursuant to the First Amendment associational privilege. For the avoidance of ambiguity, the Intervenor does *not* appeal that portion of the Order adopting Magistrate Judge Peggy Kuo's Recommendation that the Intervenor's motion to intervene be granted pursuant to Fed. R. Civ. P. 24(a).

Dated: April 3, 2025

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                By: */s/ Robert D. Balin*
                    Robert D. Balin

                Robert D. Balin
                1251 Avenue of the Americas, 21st Floor
                New York, NY 10020-1104
                (212) 489-8230

                *Attorneys for Doe Intervenor*