UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES INC., <br><br> Plaintiff, <br><br> v. <br><br> J. CAPITAL RESEARCH USA, LLC <br><br> Defendant. | Case No. 1:20-cv-02875 (LDH)(PK) |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York, I, Zachary Press, formerly an associate with the law firm of Miller Korzenik Sommers Rayman LLP hereby withdraw as counsel for Defendant J. Capital Research USA, LLC in the above-captioned action, as I am no longer counsel at Miller Korzenik Sommers Rayman LLP. I hereby request that my name and email address be removed from the case's official docket.

Respectfully submitted,

Dated: June 5, 2025

/s/ Zachary Press
Zachary Press
42 W. 44th St., 3rd Fl.
New York, NY 10036

*Attorneys for J CAPITAL RESEARCH USA, LLC*

# **CERTIFICATE OF SERVICE**

I, Gillian Vernick, hereby certify that on June 5, 2025, I caused the following document to be served on all counsel of record via CM/ECF.

/s/ *Gillian Vernick*