UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVAGOLD RESOURCES INC., <br><br> Plaintiff, <br><br> v. <br><br> J CAPITAL RESEARCH USA LLC, <br><br> Defendant. | Case No. 1:20-cv-02875 (LDH)(PK) |

**PLAINTIFF NOVAGOLD RESOURCES INC.'S NOTICE OF MOTION
FOR SANCTIONS PURSUANT TO THE COURT'S INHERENT
AUTHORITY AND 28 U.S.C. § 1927**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Brendan F. Quigley, and exhibits thereto, the undersigned, as attorneys for Plaintiff Novagold Resources Inc. ("Plaintiff"), will move this Court before the Honorable LaShann DeArcy Hall, United States District Judge for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be determined, for an order granting Plaintiff's motion for sanctions pursuant to the Court's inherent authority and 28 U.S.C. § 1927.

Dated: March 6, 2026

**BAKER BOTTS L.L.P.**

*/s/ Brendan F. Quigley*
Brendan F. Quigley
Graeme M. Waples
30 Rockefeller Plaza
New York, New York 10112
Tel: 212.408.2500
brendan.quigley@bakerbotts.com
graeme.waples@bakerbotts.com

1

*Attorneys for Plaintiff,
Novagold Resources Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March 2026, a copy of the foregoing Plaintiff Novagold Resources Inc.'s Notice of Motion for Sanctions Pursuant to the Court's Inherent Authority and 28 U.S.C. § 1927, Memorandum of Law, Declaration of Brendan F. Quigley, and exhibits thereto were filed with the Clerk of the Court, Eastern District of New York, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        */s/ Brendan F. Quigley*
                                                       Brendan F. Quigley