**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

November 17, 2026

**VIA ECF**

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

Hon. Peggy Kuo
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Novagold Resources Inc. v. J Capital Research USA LLC*
Case No. 20-cv-02875-LDH-PK

Dear Judge Kuo:

We represent Plaintiff Novagold Resources Inc. ("Novagold") and write to request leave to serve document subpoenas on nonparties. Although Novagold does not believe that the Federal or Local Rules require leave to serve these document subpoenas, we write out of an abundance of caution, in light of Your Honor's Minute Order dated November 13, 2024, which stated that "[w]hether further discovery should be permitted will be decided after resolution of the discovery issues currently on appeal to the Honorable DeArcy Hall."

Novagold learned the identities of the non-parties we seek to subpoena following the anonymous third party's recent November 4, 2026 re-production of an unredacted set of documents it previously produced earlier this year in redacted format. Further, the "discovery issues" that were on appeal before Judge DeArcy Hall are now resolved, given the defendant's recent withdrawal of that appeal. *See* ECF No. 240.[1]

Accordingly, Novagold respectfully requests leave to serve document subpoenas under Fed. R. Civ. P. 45 on nonparties identified in the ATP's unredacted reproduction. We have attached as exhibits under seal the proposed subpoenas.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley

[1] Plaintiff's motion for sanctions also remains pending, *see* ECF Nos. 221, 222, as do certain outstanding discovery issues which prompted the Court's November 13, 2024 order, *see* ECF Nos. 196, 199.