# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand twenty-six.

NOVAGOLD Resources Inc.,

Plaintiff-Counter-Defendant-Appellee,

J Capital Research USA LLC,

Defendant-Counter-Claimant-Appellee,

v.

Anonymous Third Party,

Intervenor-Appellant.

**STATEMENT OF COSTS**

Docket No. 25-791

IT IS HEREBY ORDERED that costs are taxed in the amount of $221.00 in favor of Appellee NOVAGOLD Resources Inc. and against the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/20/2026